<u>**AFFIDAVIT OF ATF SPECIAL AGENT KATRINA M. ANDERSON**</u>

I, Katrina M. Anderson, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agent being duly sworn, state and depose as follows:

<u>**INTRODUCTION**</u>

1.      I have been employed by ATF since June 2020.  Before becoming an ATF Special Agent, I was employed as a police officer with the Ashland Police Department.  I hold a Bachelor of Arts degree in Criminal Justice and Interpersonal Communication. I completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center.  I received specialized training in firearms identification and the investigation of firearms-related offenses.

2.      As result of my training and experience as an ATF Special Agent, I am familiar with federal firearm and ammunition laws. I have participated in federal investigations involving: the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

3.      I submit this affidavit in support of an application for a criminal complaint charging Matheus PEROBA (born 2003) with conspiracy to deal firearms without a license, in violation of 18 U.S.C. §§ 371, 922(a)(1)(A) and unlawful shipment of a firearm through the United States Mail, in violation of 18 U.S.C. § 1715 (collectively "the SUBJECT OFFENSES").

4.      The statements in this affidavit are based upon my investigation, as well as information provided by other law enforcement officers.  I submit this affidavit for the limited purpose of establishing probable cause to believe that PEROBA has committed the SUBJECT OFFENSES.  Thus, I have not included every fact known to me concerning this investigation.

Instead, I have set forth only those facts necessary to establish the requisite probable cause for the issuance of the requested complaint.

## RELEVANT STATUTES

5.      Title 18, United States Code, Sections 371, 922(a)(1)(A) prohibits any person who is not a licensed dealer, within the meaning of Title 18, United States Code, Section Chapter 44, from conspiring to engage in the business of dealing in firearms.

6.      Title 18, United States Code, Section 1715 provides, in relevant part, "[p]istols, revolvers, and other firearms capable of being concealed on the person are nonmailable and shall not be deposited in or carried by the mails or delivered by any officer or employee of the Postal Service…."  Section 1715 includes certain limited exceptions, namely the shipment of a firearm by U.S. Mail to an officer of the United States Armed Forces or a state National Guard, if such firearm is intended to be used in connection with the officer's official duties.[1]

## STATEMENT OF PROBABLE CAUSE

### A.      *Federal Package Warrants*

7.      On January 16, 2024, I received information from the Milford Police Department (MPD) regarding a package being shipped to an address on Grafton Street in Worcester, Massachusetts that was suspected to contain firearms.  ATF contacted the United States Postal Inspection Service ("USPIS").  During their review of United States Postal Service (USPS) records, USPIS Inspectors identified multiple packages enroute to the Grafton Street address.

8.      On January 11, 2024, a package was shipped from Summerville, South Carolina to the Grafton Street address ("Package One").  The sender of Package One was listed as "Matheus Peroba" with a return address of "110 Bell Dr., Unit 11, Summerville, SC 29485."[2]  Based upon a

---

[1] Section 1715 also authorizes shipment by of a firearm by U.S. Mail between manufacturers or *bona fide* dealers of firearms, including for repairs or replacement of firearm parts.

[2] As discussed in detail below, PEROBA is the subscriber for phone number 854-500-1928.  This number was used to track the Package One.

review of law enforcement databases, USPIS determined that the sender's address was valid and associated to PEROBA's father. Package One was addressed to an individual not associated with the Grafton Street address.

9. On January 25, 2024, agents obtained federal search warrant for Package One. Upon opening the package, agents found: a Glock 26, model Gen5, 9mm semiautomatic pistol (serial number AFHR092); a Diamondback Firearms, model DB9, 9mm semiautomatic pistol (serial number YQ0483); a 31-round large capacity 9mm magazine; and a 10-round 9mm magazine. A photograph of the contents of Package One is included below:



10. On or about January 25, 2024, a package was shipped from Goose Creek, South Carolina to an address on Broad Street in Marlborough, Massachusetts ("Package Two"). Like Package One, Package Two had a return address of "Matheus Peroba, 110 Bell dr. Summerville SC, 29485 Unit 11." Based upon a review of USPS and law enforcement databases, investigators determined that the listed recipient was not associated with the Broad Street address.

11. On February 2, 2024, agents obtained a federal search warrant for Package Two. Upon opening Package Two, agents found: a Glock 43, 9mm semiautomatic pistol (serial number AGZP564); two 6-round 9mm magazines; and approximately fifty-one (51) rounds of 9mm ammunition. A photograph of the contents of Package Two is included below:



12.     On or about February 23, 2024, a package was shipped from Summerville, South Carolina to and address on Grant Court in Marlborough, Massachusetts ("Package Three"). Like the two earlier packages described above, Package Three bore a label listing a return address of "Matheus Peroba, 110 bell dr. unit 11, Summerville SC, 29485."  USPIS Inspectors determined that while the Grant Court address is valid, the listed recipient was not associated with that address.

13.     On February 27, 2024, agents obtained a federal search warrant for Package Three. Upon opening Package Three, agents found: a Taurus G3C, 9mm pistol (serial number ADA902401); various rounds of 9mm ammunition, and three (3) pistol magazines.  A photograph of the contents of Package Three is included below:



B.    *PEROBA and Person #1*

14.    On or about January 15, 2024, Person #1 was arrested on state criminal charges. On or about January 22, 2024, law enforcement obtained a state search warrant for PERSON #1's cell phone. In that cell phone, investigators identified multiple conversations regarding firearms between Person #1 and the user of phone number 854-500-1928 (the "1928-Phone").[3] Further investigation revealed that PEROBA is the listed subscriber for the 1928-Phone.[4]

15.    On January 12, 2024, at approximately 2:36 p.m., PEROBA sent a photograph of a black, Diamondback, model DB9, semiautomatic pistol to Person #1. PEROBA messaged Person #1 "just like the other kkkkkk". One day earlier, on January 11, 2024, "Matheus Peroba, 110 Bell Dr., Unit 11, Summerville, SC 29485" mailed Package One to the Grafton Street address. USPS records further revealed that the 1928-Phone was used to track Package One. As described above, Package One contained, among other things, a Diamondback Firearms, model DB9, 9mm semiautomatic pistol (serial number YQ0483). [5]

16.    On January 12, 2024, at approximately 2:44pm, Person #1 sent PEROBA a message that included a picture of a "Mini Draco," an AK-47-type firearm. PEROBA responded to this message "deu negado pra compra no nome do cara" which translates to "Refused to purchase in the guy's name." Following a voice message, PEROBA sent a USPS tracking number to Person #1.

---

[3] Most of the exchanges between Person #1 and PEROBA are in Portuguese. For the purposes of this affidavit, agents utilized the "Google Translate" application. It should be noted "Google Translate" does not assist in the translation of "slang" or words spelled incorrectly.

[4] Agents obtained records from Verizon that show the subscriber information for an address known to be associated with PEROBA in South Carolina.

[5] On the same day, January 12, 2024, PEROBA sent a screenshot of a separate conversation to Person #1. According to Google Translate, PEROBA wrote "I sell more weapons for this place there," followed by the word "Danbury." Subsequent investigation of USPS business records revealed that PEROBA recently mailed a package to Connecticut.

17.     On January 12, 2024, at approximately 5:07 p.m., PEROBA sent a video message to Person #1.  In the video, a male who investigators believe to be PEROBA, is operating a vehicle in traffic.[6]  As the video continues, the camera pans to the front passenger seat where there is a black firearm located within a cardboard box.  The side of the box had labels and barcodes affixed, and the interior of the box contained a black, foam insert.  Based upon the images, I believe the firearm is still packaged as if it was recently purchased from an FFL.  Located beneath the firearm box is what appears to be a USPS shipping box.  Below the barrel of the unknown firearm is a fabric case bearing the "Diamondback Firearms" logo.  A screen shot (with a red circle and arrow near the suspected USPS shipping box) is included below:



18.     On January 13, 2024, at approximately 8:15 p.m., PEROBA sent a screenshot of what appears to be a USPS Tracking webpage to Person #1. This is the tracking number associated with Package One.  The screenshot shows an expected delivery date of Tuesday, January 16, 2024, by 9:00 p.m.  Also included in the screenshot was the following update: "Your item arrived at our SHREWBURY, MA DISTRIBUTION CENTER destination facility on January 13, 2024, at 7:17pm. The item is currently in transit to the destination."

---

[6] In the video, investigators can observe what appear to be South Carolina license plates on other vehicles in the immediate area.  Investigators also observed a "Ford" logo on the steering wheel, and a unique display and center console indicative of the 2010-2012 Ford Fusion interior, which matches the description of PEROBA's vehicle.

19.    On January 14, 2024, at approximately 11:10 a.m., PEROBA sent a video message to Person #1.  At the beginning of the video, PEROBA captured his own face.  PEROBA is then depicted with his shirt off, holding a black, AK-47 style pistol with a red band wrapped around the magazine seen to have "762 x 39" lettering – a common caliber for an AK-style firearm. Screenshots from the video are included below:

 

20.    During the remainder of the video, PEROBA pulled the trigger of the firearm and held it in the rear or "pulled back" position.[7]  PEROBA then "racked" the charging handle of the firearm backwards and released the handle.  PEROBA then released the trigger and pulled at the trigger multiple times.  PEROBA then repeated this action.  I am familiar with these movements and have instructed other law enforcement officers about these specific movements.  Based on my training and experience, I believe PEROBA was performing a "function test" of this firearm and was proving that the firearm was a machinegun.  More specifically, PEROBA was demonstrating the trigger of the firearm no longer reset, indicative that the firearm would discharge more than one shot with a single function of the trigger.

---

[7] PEROBA spoke in Portuguese, and agents were unable to translate.

21.    In a different video sent to Person #1 on January 14, 2024, PEROBA picked up what appears to be the same AK-47 style pistol described above with one hand. With his other hand, PEROBA used what appeared to be a cordless grinder to deface a section on the lower receiver of the AK-47 style pistol. During the video, sparks could be seen headed in different directions as PEROBA continuously manipulated the grinder against the firearm. Based on my training and experience, I believe PEROBA was modifying the firearm to function as a machinegun (gunsmithing), which further explains why PEROBA would then record himself function testing a firearm. In addition, from my training and experience, I recognize that grinders can also be used to obliterate a serial number from a firearm. Screen captures of this activity are included below:



### C.    *Additional ATF Investigation*

22.    ATF agents were able to locate PEROBA's Facebook account. Within the publicly available "Info" portion of the Facebook account belonging to "Mathues Vdm", it lists "Lives in Charleston, South Carolina". The "Matheus Vdm" profile is believed to be operated by PEROBA. The following images were obtained from the publicly available Facebook page for PEROBA:





**D.      *PEROBA does not possess a Federal Firearms License***

23.      As described earlier in this affidavit, individuals who engage in the business of dealing in firearms are required by federal law to apply for and obtain a Federal Firearms License (FFL) in accordance with 18 U.S.C. § 923(a).  I know PEROBA to be 20 years of age.  Under federal law, an individual must be 21 years of age to be considered for an FFL.  PEROBA does not possess, nor ever possessed, a license to deal or manufacture firearms.

### E.       *Federal Search Warrant at PEROBA's Residence*

24.    On March 5, 2024, agents executed a federal search warrant at PEROBA's residence at 110 Bell Dr., Unit 11, Summerville, South Carolina.  PEROBA was present at the time of the search and was advised of his *Miranda* rights in both English and Portuguese.[8]

25.    During the search of PEROBA's residence and vehicle, agents located, among other items, three firearms and ammunition, including a loaded Ruger, Model LC9 9 mm pistol with seven rounds of ammunition, an Anderson Manufacturing, Model AM-15 rifle lower receiver, and a Taurus International, Model G2C pistol and two magazines.

26.    PEROBA waived his *Miranda* rights and spoke with agents in a recorded interview.[9]  PEROBA confirmed that he was the user of the 1928-Phone.  PEROBA identified himself within a video he previously shared via electronic means (this video portrayed PEROBA possessing a firearm).  PEROBA confirmed that he knows Person #1.  PEROBA admitted using the Facebook account "Matheus Vdm."  Finally, PEROBA admitted to sending and receiving firearms through U.S. Mail.

27.    PEROBA claimed that Person #1  sent the firearms to PEROBA, that PEROBA would perform custom work on the firearms (such as changing out the color of frame, or replacing a barrel), and then he would mail the finished firearms back to Person #1.  However, ATF and USPIS's investigation showed, among other things, that the seized firearms originated in South Carolina,  and that they were seized from the mail in Massachusetts a very short time after purchase.

---

[8] PEROBA's father, PEROBA's girlfriend (with their infant child) and another male were present inside the residence.

[9] Agents utilized an Immigration and Customs Enforcement employee fluent in Portuguese over a cell phone to assist during the interview.

## CONCLUSION

28.   WHEREFORE, based on the foregoing facts, I respectfully request that the Court issue a criminal complaint charging Matheus PEROBA with the SUBJECT OFFENSES.

I declare that the foregoing is true and correct.

Katrina M. Anderson
Special Agent, ATF

Time and Date:          1:03 p.m.      **Apr 5, 2024**

Notice is hereby provided that, pursuant to Federal Rule of Criminal Procedure 4.1, the affiant was sworn by telephone on the date and time indicated above and on the criminal complaint issued by the Court.

HONORABLE DAVID H. HENNESSY
United States Magistrate Judge